# Ayres *v.* Hill, Hardy & Co.

*Action for Damages by Landlord against Sheriff.*

1.　*Defects in summons; waiver by acknowledgment of service.*—An acknowledgment of service, and waiver of notice and copy, is a waiver of all defects in the summons.

APPEAL from the Circuit Court of Randolph.

Tried before the Hon. H. C. SPEAKE.

This action was brought by Hill, Hardy & Co., suing as partners, against Wilson L. Ayers, who was the sheriff of the county, to recover damages for the defendant's alleged wrongful act in seizng and selling, under execution against one W. F. Scott, a part of the crop raised by him during the year 1884, on which the plaintiffs claimed a statutory lien for advances, whereby their statutory lien was lost and destroyed. The summons was directed to "any sheriff of the State of Alabama." Service was acknowledged by the defendant, by an indorsement on the summons in these words : "I hereby acknowledge service, and waive notice and copy of summons and complaint." At the return term, the defendant craved oyer of the summons and complaint and pleaded in abatement, that the summons should have been directed to the coroner of the county, and not to "any sheriff." The court sustained a demurrer to this plea, and its judgment is here assigned as error.

SMITH & SMITH, for the appellant.

SOMERVILLE, J.—The plea in abatement filed by the defendant was properly overruled. Whatever irregularity there may have been in the form of the summons, this was waived by the defendant's written acknowledgment of service, and waiver of notice and of a copy of the summons and complaint.

Affirmed.